# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**ANDRES GOMEZ,**

    **Plaintiff**                                                   Case Number:  0:20-cv-61777-RS

**John Varvatos Enterprises, Inc.,**

    **Defendant**

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action without prejudice.

                                                  Respectfully submitted,

Dated: October 20, 2020                      */s/ Alberto R. Leal*.
                                                         Alberto R. Leal
                                                         Florida Bar No.: 1002345
                                                         E-Mail: al@thelealfirm.com
                                                         The Leal Law Firm, P.A.