**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-61777-CIV-SMITH

ANDRES GOMEZ,

    Plaintiff,
v.

JOHN VARVATOS ENTERPRISES, INC.,

    Defendant.
_____/

**ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on the Notice of Dismissal Without Prejudice [DE 6] filed by Plaintiff Andres Gomez.  Accordingly, it is

**ORDERED that:**

1. This matter is **DISMISSED without prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of October, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record